**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| CHRISTINNA JANE MALDONADO, SAMANTHA DANIELLE LANCASTER, and JANE DOES 1 through 10, whose true names are unknown, | ) ) ) ) ) ) | Case Number: 2:13-cv-02042-DCN |
| Plaintiffs, | ) ) | |
| v. | ) ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| ERIC HOLDER, in his official capacity as Attorney General of the United States, the UNITED STATES OF AMERICA, and THE CHEROKEE NATION, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiffs commenced this action by filing a Summons and Complaint on July 24, 2013. The Summons and Complaint have not been served on any Defendant nor has any responsive motion or pleading been filed. Plaintiffs hereby dismiss the action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

(Signature page to follow)

2

Dated:  January 27, 2014                    Respectfully submitted,

/s/ Thomas S. Tisdale
Thomas S. Tisdale (S.C. 005584) (D.S.C. 4106)
Jason S. Smith (S.C. 80700) (D.S.C. 11387)
HELLMAN YATES & TISDALE, PA
King & Queen Building
145 King Street, Suite 102
Charleston, South Carolina 29401
Telephone:  (843) 266-9099
Facsimile:  (843) 266-9188
tst@hellmanyates.com
js@hellmanyates.com

Lori Alvino McGill
Katya Cronin
LATHAM & WATKINS LLP
555 11th Street, Suite 1000
Washington, District of Columbia 20004
Telephone:  (202) 637-2000
Facsimile:  (202) 637-2201
lori.alvino.mcgill@lw.com
katya.cronin@lw.com